377 A.2d 166

Commonwealth v. Civitarese, Appellant.

540

■■ Submitted March 22, 1976. Joel M. Breitstein, for appellant; Frederick S. Wolfson, Assistant District Attorney, and George E. Christianson, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.